## WILLIAM W. STODDARD *v.* JAMES M. WINSOR.

The rulings of a Special Court of Common Pleas are not a subject of a bill of exceptions to this Court.

IN this case, which was trespass and ejectment, commenced in a Special Court of Common Pleas, the defendant asked a new trial on the ground of certain exceptions taken by him to the rulings of that Court, and duly filed in this Court.

*H. Y. Cranston* for the plaintiff, moving that the exceptions be dismissed, contended that this Court cannot take cognizance of exceptions to the rulings of a *Special* Court of Common Pleas.

*Sheffield* for the defendant, contra, citing P. L. 726 sec. 4 ; Ibid. 857 ; Ibid 940, sec. 3.

This motion was argued at the February term, and at this term the exceptions were dismissed, the Court holding that the statute contains no provision authorizing the filing of exceptions in a case of this description.